1  RALPH A. LOMBARDI, State Bar No. 048217
   ral@llcllp.com
2  LORI A. SEBRANSKY, State Bar No. 125211
   las@llcllp.com
3  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
4  1999 Harrison Street, Suite 2600
   Oakland, CA  94612-3541
5  Telephone:     (510) 433-2600
   Facsimile:      (510) 433-2699

6

7  Attorneys for Defendants and Counterclaimants
   BRAD MAIDEN, by and through CORA JEAN
   MAIDEN and/or ROD DUNCAN, his Guardian
8  Ad Litem, and LINK BUSINESS AND
   PERSONNEL SERVICES, LLC

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11

12 THE BURLINGTON INSURANCE            Case No.  CV12-02257 SBA
   COMPANY, a North Carolina corporation,
13
            Plaintiff,                 **STIPULATION AND ORDER
                                       SUBSTITUTING GUARDIAN AD LITEM**
14 v.

15 BRAD MAIDEN, by and through CORA
   JEAN MAIDEN and/or ROB DUNCAN,
16 his Guardian Ad Litem; JASMINE VILEY;
   and LINK BUSINESS AND PERSONNEL
17 SERVICES, LLC, a California limited
   liability company,
18
            Defendants.
19 _____

20 BRAD MAIDEN, by and through CORA
   JEAN MAIDEN and/or ROB DUNCAN,
21 his Guardian Ad Litem; and LINK
   BUSINESS AND PERSONNEL
22 SERVICES, LLC, a California limited
   liability company,
23
            Counterclaimants,
24
   v.
25
   THE BURLINGTON INSURANCE
26 COMPANY, a North Carolina corporation,

27         Counterdefendant.

28

**LOMBARDI, LOPER & CONANT, LLP**
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

30596-39421
LAS 613905.1

1

1    The parties to this action, by and through their respective counsel of record, stipulate and

2    agree as follows:

3        1.    Rod Duncan is no longer Brad Maiden's Guardian Ad Litem. Patricia Cichowicz,

4    Lake County Public Guardian, is substituted as Maiden's Guardian Ad Litem in place of Rod

5    Duncan.

6        2.    Patricia Cichowicz acknowledges actual notice of this suit and subjects herself to

7    the jurisdiction of this court int his action.

8        3.    This stipulation shall apply retroactively, such that all Court filings that reference

9    Brad Maiden's Guardian Ad Litem will be deemed as though they are referencing Patricia

10   Cichowicz.

11   Dated:    August 10, 2012             LOMBARDI, LOPER & CONANT, LLP

12

13                                        By:___*Lori A. Sebransky*_____
                                             LORI A. SEBRANSKY
14                                           Attorneys for Defendants
                                             BRAD MAIDEN and LINK BUSINESS
15                                           AND PERSONNEL SERVICES, LLC

16   Dated:    August 10, 2012             WESTON & McELVAIN, LLP

17

18                                        By:___*Aaron C. Agness*_____
                                             AARON C. AGNESS
19                                           Attorneys for Plaintiff THE
                                             BURLINGTON INSURANCE
20                                           COMPANY

21

22   Dated:    August 10, 2012             EDGAR LAW FIRM

23

24                                        By:___*Jeremy Fietz*_____
                                             JEREMY FIETZ, Of Counsel
25                                           Attorneys for Defendant JASMINE VILEY

26

27

28

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

IT IS SO ORDERED.

Date: ___8/17/12_____

_____

HON. SAUNDRA B. ARMSTRONG

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

3