RALPH A. LOMBARDI, State Bar No. 048217
ral@llcllp.com
LORI A. SEBRANSKY, State Bar No. 125211
las@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:   (510) 433-2600
Facsimile:    (510) 433-2699

Attorneys for Defendants and Counterclaimants
BRAD MAIDEN, by and through CORA JEAN
MAIDEN and/or ROD DUNCAN, his Guardian
Ad Litem, and LINK BUSINESS AND
PERSONNEL SERVICES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY, a North Carolina corporation, <br><br> Plaintiff, <br><br> v. <br><br> BRAD MAIDEN, by and through CORA JEAN MAIDEN and/or ROB DUNCAN, his Guardian Ad Litem; JASMINE VILEY; and LINK BUSINESS AND PERSONNEL SERVICES, LLC, a California limited liability company, <br><br> Defendants. | Case No.  CV12-02257 SBA <br><br> **STIPULATION AND ORDER SUBSTITUTING GUARDIAN AD LITEM** |
| BRAD MAIDEN, by and through CORA JEAN MAIDEN and/or ROB DUNCAN, his Guardian Ad Litem; and LINK BUSINESS AND PERSONNEL SERVICES, LLC, a California limited liability company, <br><br> Counterclaimants, <br><br> v. <br><br> THE BURLINGTON INSURANCE COMPANY, a North Carolina corporation, <br><br> Counterdefendant. | |

The parties to this action, by and through their respective counsel of record, stipulate and agree as follows:

1. Rod Duncan is no longer Brad Maiden's Guardian Ad Litem. Patricia Cichowicz, Lake County Public Guardian, is substituted as Maiden's Guardian Ad Litem in place of Rod Duncan.

2. Patricia Cichowicz acknowledges actual notice of this suit and subjects herself to the jurisdiction of this court int his action.

3. This stipulation shall apply retroactively, such that all Court filings that reference Brad Maiden's Guardian Ad Litem will be deemed as though they are referencing Patricia Cichowicz.

Dated: August 10, 2012       LOMBARDI, LOPER & CONANT, LLP

By: *Lori A. Sebransky*
LORI A. SEBRANSKY
Attorneys for Defendants
BRAD MAIDEN and LINK BUSINESS
AND PERSONNEL SERVICES, LLC

Dated: August 10, 2012       WESTON & McELVAIN, LLP

By: *Aaron C. Agness*
AARON C. AGNESS
Attorneys for Plaintiff THE
BURLINGTON INSURANCE
COMPANY

Dated: August 10, 2012       EDGAR LAW FIRM

By: *Jeremy Fietz*
JEREMY FIETZ, Of Counsel
Attorneys for Defendant JASMINE VILEY

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

2       STIPULATION AND ORDER
SUBSTITUTING GUARDIAN AD LITEM
CASE NO. CV12-02257-SBA

1  IT IS SO ORDERED.

3  Date: ___8/17/12_____

   _____
4  HON. SAUNDRA B. ARMSTRONG

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

3                              STIPULATION AND ORDER
                               SUBSTITUTING GUARDIAN AD LITEM
                               CASE NO. CV12-02257 SBA