1 | RALPH LOMBARDI, ESQ., C.S.B. #048217
ral@llcllp.com
2 | LORI A. SEBRANSKY, ESQ., C.S.B. #125211
las@llcllp.com
3 | LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
4 | 1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
5 | Telephone: (510) 433-2600
Facsimile: (510) 433-2699

7 | JIM LARSEN, ESQ., C.S.B. 127744
jim@gjel.com
8 | GILLIN, JACOBSON, ELLIS, LARSEN & LUCEY
2 Theatre Square, Suite 230
9 | Orinda, CA 94563
Telephone: (925) 253-5800
10 | Facsimile: (925) 253-5858

11 | Attorneys for Defendants and Counterclaimants
BRAD MAIDEN, by and through CORA JEAN
12 | MAIDEN and/or PATRICIA CICHOWICZ, his
Guardian Ad Litem, and LINK BUSINESS
13 | AND PERSONNEL SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY, a North Carolina corporation, | Case No.: CV12-02257 SBA |
| Plaintiff, | [PROPOSED] ORDER APPROVING UNOPPOSED PETITION FOR INCOMPETENT'S COMPROMISE OF CLAIM |
| vs. | |
| BRAD MAIDEN, by and through CORA JEAN MAIDEN and/or ROB DUNCAN his Guardian Ad Litem; JASMINE VILEY; and LINK BUSINESS AND PERSONNEL SERVICES, LLC, a California limited liability company, | |
| Defendants. | |

| | |
|---|---|
| BRAD MAIDEN, by and through CORA JEAN MAIDEN and/or ROB DUNCAN, his Guardian Ad Litem; and LINK BUSINESS AND PERSONNEL SERVICES, LLC, a California limited liability company, | ) ) ) ) ) ) |
| Counterclaimants, | ) ) |
| vs. | ) ) |
| THE BURLINGTON INSURANCE COMPANY, a North Carolina corporation, | ) ) ) |
| Counterdefendant. | ) ) |
| AND RELATED COUNTERCLAIM. | ) ) ) |

Simultaneous with the filing of a document entitled "STIPULATION RE COURT APPROVAL OF INCOMPETENT'S COMPROMISE OF CLAIM," and pursuant thereto, BRAD MAIDEN (MAIDEN), an incompetent person, by and through his Guardian Ad Litem, PATRICIA CICHOWICZ (Petitioner) has filed his "UNOPPOSED PETITION FOR INCOMPETENT'S COMPROMISE OF CLAIM" (Petition), and supporting evidence, seeking approval of the proposed confidential settlement of his portion of this declaratory relief action with Plaintiff and Counterdefendant, the THE BURLINGTON INSURANCE COMPANY, a North Carolina corporation ("BURLINGTON").  These documents, which have been duly submitted to the Court, have been read and considered.

Upon the evidence submitted, the Court finds that the facts set forth in the Petition are true, and that it is in the best interests of BRAD MAIDEN, an incompetent person, that said claims be compromised and settled for the amount therein and hereinafter stated.

Therefore, IT IS HEREBY ORDERED:

1. That said compromise be and is hereby approved; and that upon payment by BURLINGTON to MAIDEN of the sum of $417,000.00 (which already has been delivered), the total settlement sum herein approved to resolve all issues between MAIDEN and BURLINGTON in this declaratory relief action in the manner herein provided, BURLINGTON shall be fully and forever released and

discharged of and from all claims, charges, and demands of MAIDEN arising from the incident mentioned in said Petition, and MAIDEN's injuries sustained therein;

2. BURLINGTON shall disburse the proceeds of the settlement hereby approved in the following manner:

   a. Gross payment to MAIDEN: $417,000.00, by draft payable to "BRAD MAIDEN, an incompetent person, by and through his Guardian Ad Litem, PATRICIA CICHOWICZ, and Gillin, Jacobson, Ellis, Larsen & Lucey, his attorneys" (GJELL).  This payment already has been delivered;

   b. GJELL shall deposit said sum in its Trust Account, and thereafter distribute said funds in the following manner.

   c. GJELL shall be entitled to reimbursement for its litigation costs expended of $10,070.59;

   d. GJELL shall be entitled to gross attorney's fees of $101,732.35: said sum is 25% of the proposed settlement, as computed <u>after</u> deducting litigation costs of $10,070.59.  Prior to distribution of said attorneys' fees from its Trust Account, GJELL shall from that sum pay, and bear sole responsibility to pay, attorney's fees totaling $20,937.50 and litigation costs of $578.24 to co-counsel Lombardi, Loper & Conant, LLP; and

   e. The balance of the settlement proceeds ($305,197.06), the net sum remaining after payment of all obligations to counsel for costs and fees, shall be distributed by check payable to "Pat McVey-Ritsick, Trustee of the Brad Maiden Special Needs Trust."

3. Upon receipt of the full amount of the settlement sum herein approved, Petitioner is hereby authorized and directed to: (1) execute and deliver to Burlington a full, complete, and final release of, and discharge from, any and all claims and damages of MAIDEN (and his assignor, LINK BUSINESS AND PERSONNEL SERVICES, LLC, a California limited liability company), by reason of the declaratory relief

1         action described in the Petition; and (2) to file an appropriate form of request

2         for dismissal of this action by MAIDEN and LINK.

3     4. The settlement agreement entered between the parties to this action contains a

4         confidentiality provision. The filing of this Unopposed Petition for Incompetent's

5         Compromise of Claim does not alter the confidential nature of the settlement, as

6         reflected in the settlement agreement.

7    IT IS SO ORDERED.

9 Dated:   MAY 13  , 2013.

12                                _____
                               JUDGE OF THE UNITED STATES DISTRICT COURT

ORDER APPROVING UNOPPOSED PETITION FOR INCOMPETENT'S COMPROMISE OF CLAIM
The Burlington Insurance Company v. Brad Maiden, et al.    Case No. CV12-02257 SBA     4
30596-39421 LAS 619710.1