1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY, a North Carolina corporation, | ) CASE NO. C12-02257-SBA ) |
| Plaintiff, | ) **ORDER DISMISSING ENTIRE ACTION** ) **WITH PREJUDICE** |
| vs. | ) ) |
| BRAD MAIDEN, by and through CORA JEAN MAIDEN and/or ROD DUNCAN, his Guardian Ad Litem; JASMINE VILEY; and LINK BUSINESS AND PERSONNEL SERVICES, LLC, a California limited liability company. | ) **Date Filed**: May 4, 2012 ) **Trial Date:** October 28, 2013 ) ) ) ) ) |
| Defendants | ) ) |
| And related counterclaims. | ) ) ) |

[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

**ORDER**

Pursuant to the Stipulation For Dismissal of Action with Prejudice, the complaint and any and all counterclaims in the above-captioned action are hereby dismissed, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) and (c) of the Federal Rules of Civil Procedure.

The parties shall each bear its own fees and costs in connection with this action.

**IT IS SO ORDERED.**

Dated: 6/18/13

SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE